FILED

08/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0388

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0388

MONTANA REPUBLICAN PARTY,

Petitioner,

v.

RAPHAEL JEFFREY CARLISLE GRAYBILL,

Respondent.

ORIGINAL

ORDER
FILED

AUG 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Montana Republican Party seeks declaratory judgment on original jurisdiction under M. R. App. P. 14(4). Petitioner argues it is entitled to declaratory judgment because it alleges Respondent Raphael Jeffrey Carlisle Graybill, a candidate for Montana Attorney General, is ineligible to hold that office and if Graybill appears on the general election ballot, Petitioner will incur expense and other burdens to defeat an ineligible candidate.

Having reviewed the Petition, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondent is granted until the close of business on Monday, August 10, 2020, to prepare, file, and serve a response(s) to the petition for declaratory judgment on original jurisdiction.

The Clerk is directed to provide notice of this Order to counsel for Petitioner and to Graybill personally.

DATED this 4ᵗʰ day of August, 2020.

For the Court,

By _____
Justice